# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF PENNSYLVANIA

**In RE:**

THANH D. NGUYEN    **Case Number:** 21-21228

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to **PAYMENT ONLY**, listed in the above stated case, be changed.

| FROM: | TO: |
|---|---|
| BMW Financial Services Attn: Customer Accounting | BMW Financial Services |
| 5550 Britton Parkway, | 1400 City View Drive, |
| Hilliard, OH 43026 | Columbus, OH 43215 |

**NOTE\* There is no change in Notice address.**

/s/ Zann Welch

Dated: 04/21/2023

Creditor's Authorized Agent for BMW Financial Services

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I caused to be served a true and correct copy of the above and foregoing change of address document via the Bankruptcy Court's electronic filing and notice system and/or First Class, U.S. Mail, postage prepaid to all parties listed below.

**Case information**

| Debtor(s) | | | |
|---|---|---|---|
| THANH D. NGUYEN | | | |
| **Street** | **City** | **State** | **Zip** |
| 952 ROSTRAVER ROAD | BELLE VERNON | PA | 15012 |
| **Case Number** | **Court** | **Chapter** | **Filing Date** |
| 21-21228 | WESTERN DISTRICT OF PENNSYLVANIA | 13 | 05/19/2021 |

**Trustee:**
RONDA J WINNECOUR
*Served Electronically*

**Debtor(s):**

THANH D. NGUYEN
952 ROSTRAVER ROAD
BELLE VERNON, PA 15012

**Debtor Attorney:**
DANIEL P FOSTER
*Served Electronically*

By:

/s/ Zann Welch
Zann Welch
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Oklahoma City, OK 73118

**Date:** 04/21/2023