**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/21/2025

| | |
|---|---|
| IN RE:<br><br>THANH D. NGUYEN<br>1241 MILAN AVENUE<br>PITTSBURGH, PA 15226<br>XXX-XX-3974        Debtor(s) | Case No.21-21228 JAD<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/21/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK**\*\* | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 0597 |
| PO BOX 41021 | | | |
| | CLAIM: 0.00 | | |
| NORFOLK, VA 23541 | COMMENT: VALUE CITY FRNTR/PRAE | | |

| | | | |
|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | | |
| | CLAIM: 0.00 | | |
| OKLAHOMA CITY, OK 73118 | COMMENT: BMW/PRAE | | |

| | | | |
|---|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **BMW BANK OF NORTH AMERICA** | Trustee Claim Number:4 | INT %: 2.00% | CRED DESC: VEHICLE |
| ATTN CUSTOMER ACCOUNTING | Court Claim Number:6 | | ACCOUNT NO.: 1756 |
| 1400 CITY VIEW DR | | | |
| | CLAIM: 30,424.54 | | |
| COLUMBUS, OH 43215 | COMMENT: CL6GOV\*PMT/CONF\*30312@2%/PL\*COA\*D 57 | | |

| | | | |
|---|---|---|---|
| **SELECT PORTFOLIO SERVICING INC (\*)** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| ATTN REMITTANCE PROCESSING | Court Claim Number:NC | | ACCOUNT NO.: 6246 |
| PO BOX 65450 | | | |
| | CLAIM: 0.00 | | |
| SALT LAKE CITY, UT 84165 | COMMENT: SURR/PL~PD BY EX | | |

| | | | |
|---|---|---|---|
| **HOANG LAI** | Trustee Claim Number:6 | INT %: 0.00% | CRED DESC: SUPPORT/ALIMONY CONT. |
| 2801 PHILADELPHIA AVE | Court Claim Number: | | ACCOUNT NO.: 7932 |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15215 | COMMENT: OUTSIDE/341 NOTES\*ALSO LSITED/SCH H\*NT PROV/PL | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: | | ACCOUNT NO.: |
| PO BOX 7317 | | | |
| | CLAIM: 0.00 | | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: NO$~NO YRS/SCH\*NT PROV/PL | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:2 | | ACCOUNT NO.: 9406 |
| | CLAIM: 3,132.14 | | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE**\*\* | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 27288 | Court Claim Number:3 | | ACCOUNT NO.: 6229 |
| | CLAIM: 3,037.24 | | |
| TEMPE, AZ 85285 | COMMENT: NO$~CITIBANK\*THD\*INFO ONLY/SCH\* | | |

| | | | |
|---|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5 | | ACCOUNT NO.: 6385 |
| PO BOX 10587 | | | |
| | CLAIM: 3,464.09 | | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | | |

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **CITIZENS BANK NA**<br>1 CITIZENS BANK WAY JCA-130<br>JOHNSTON, RI 02919 | 11 | 0.00% | UNSECURED CREDITOR | 11-2 | 3974 | 57,335.64 | X9534/SCH*GTY TO TOUCHE NAIL SPA*@SEAL 2/20*AMD |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 12 | 0.00% | UNSECURED CREDITOR | 1 | 1721 | 4,992.83 | |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | 13 | 0.00% | UNSECURED CREDITOR | 4 | 1583 | 1,848.91 | |
| **MARLIN CAPITAL SOLUTIONS**<br>PO BOX 13604<br>PHILADELPHIA, PA 19101 | 14 | 0.00% | UNSECURED CREDITOR | | 4683 | 0.00 | |
| **QUANTUM3 GROUP LLC - AGENT JHPDE SPV II L**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | 15 | 0.00% | UNSECURED CREDITOR | 8 | 0130 | 38,732.48 | TOUCHE NAIL SPA*FR ON DECK CAPITAL*DOC 47 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | 16 | 0.00% | UNSECURED CREDITOR | 9 | 3924 | 41,165.13 | |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 17 | 0.00% | UNSECURED CREDITOR | 7 | 0597 | 3,674.67 | SYNCHRONY*VALUE CITY |
| **US SMALL BUSINESS ADMINISTRATION (*)**<br>DENVER FINANCE CENTER<br>721 19TH ST STE 389<br>DENVER, CO 80202 | 18 | 0.00% | UNSECURED CREDITOR | | | 0.00 | |
| **US BANK**<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | 19 | 0.00% | UNSECURED CREDITOR | | 6383 | 0.00 | |
| **US SMALL BUSINESS ADMINISTRATION (*)**<br>DENVER FINANCE CENTER<br>721 19TH ST STE 389<br>DENVER, CO 80202 | 20 | 0.00% | UNSECURED CREDITOR | 13 | 8101 | 150,000.00 | NO$/SCH*@SEAL*GU TIMELY |

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **PA SCDU*** <br> PO BOX 69110 <br> HARRISBURG, PA 17106-9110 | 21 | 0.00% | SPECIAL NOTICE ONLY | | | 0.00 | |
| **MAIELLO BRUNGO & MAEILLO LLP** <br> FOXPOINTE II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | 22 | 0.00% | NOTICE ONLY | | | 0.00 | JEANNETTE CITY SD/PRAE |
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | 23 | 0.00% | UNSECURED CREDITOR | 10 | 1712 | 97.67 | NT/SCH |
| **PA DEPARTMENT OF REVENUE*** <br> BANKRUPTCY DIVISION <br> PO BOX 280946 <br> HARRISBURG, PA 17128-0946 | 24 | 0.00% | PRIORITY CREDITOR | 12 | 3974 | 2,633.61 | $@%/CL-PL*3974/1819*NT/SCH*TIMELY |
| **PA DEPARTMENT OF REVENUE*** <br> BANKRUPTCY DIVISION <br> PO BOX 280946 <br> HARRISBURG, PA 17128-0946 | 25 | 0.00% | UNSECURED CREDITOR | 12 | 3974 | 227.86 | NT/SCH*TIMELY |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | 26 | 0.00% | NOTICE ONLY | | | 0.00 | DUETSCHE BANK/PRAE |