FILED
8/1/25 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Thanh D. Nguyen** | ) | |
| | ) | Case No. 21-21228-JAD |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | X | Related to Docket No(s) 68 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by:   Counsel for the Debtor and Counsel for Chapter 13 Trustee

☐ a motion to lift stay
  as to creditor   _____

☐ Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated 12/4/2023

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐    Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per

-1-

    \_\_\_\_\_, effective _____; and/or the Plan term shall be changed from \_\_\_ months to \_\_\_\_ months.        .

☐  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐  Debtor(s) shall file and serve _____ on or before _____.

☐  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒  Other:

Attorney Fee's Paid Up to No Look Based on Retainer of $1,000.00

   **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  1st  day of  August       , 2025

_____
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ Daniel P. Foster
Counsel to Debtor

Stipulated by:

/s/ James C. Warmbrodt, Esq.
Counsel for Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21228-JAD |
| Thanh D. Nguyen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 01, 2025 | Form ID: pdf900 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thanh D. Nguyen, 1241 Milan Avenue, Pittsburgh, PA 15226-1831 |
| cr | + | Jeannette City School District, Maiello Brungo & Maiello, LLP- Tax Div., 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15377684 | + | Allegheny County Family Division, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 15395757 | + | Anitra Walker, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15377689 | + | Capital One/Saks, 3455 Hwy 80 West, Jackson, MS 39209-7202 |
| 15389568 | + | Hoang X. Lai, 2801 Philadelphia Avenue, Pittsburgh, PA 15216-1928 |
| 15389159 | | Marlin Capital Solutions, PO Box 13604, Philadelphia, PA 19101-3604 |
| 15395758 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15389161 | | PA SCDU, PO Box 69112, Harrisburg, PA 17106-9112 |
| 15403806 | + | United States of America, U.S. Small Business Administration, 411 Seventh Avenue, #1450, Pittsburgh, PA 15219-1905 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2025 00:39:36 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 02 2025 01:21:49 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1495 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2025 00:40:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2025 00:32:00 | Quantum3 Group LLC, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15377685 | + | Email/PDF: bncnotices@becket-lee.com | Aug 02 2025 01:21:44 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15377687 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 02 2025 01:42:11 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 15392240 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 02 2025 00:39:22 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15377686 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 02 2025 00:31:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15389566 | | Email/Text: bankruptcy@cavps.com | Aug 02 2025 00:32:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 15377693 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 02 2025 00:31:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15397583 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 02 2025 00:31:00 | Citizens Bank, N.A., c/o Citizens BK,, Charles M. Koutsogiane, AVP, One Citizens Bank Way, MAD, JCA 130, Johnston RI 02919 |
| 15381556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 21-21228-JAD   Doc 70   Filed 08/03/25   Entered 08/04/25 00:31:23   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 01, 2025 | Form ID: pdf900 | Total Noticed: 63 |

| ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Aug 02 2025 00:39:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15377688 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2025 01:52:21 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15387227 | + | Email/Text: bankruptcy@cavps.com | Aug 02 2025 00:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15377690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2025 01:32:02 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15377691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2025 00:40:09 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 15389567 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2025 00:40:25 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15377692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2025 01:32:01 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15377694 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2025 00:32:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 15377695 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2025 00:32:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 15377696 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2025 00:32:00 | Comenity Bank/JCrew, Po Box 182789, Columbus, OH 43218-2789 |
| 15377697 | | Email/Text: mrdiscen@discover.com | Aug 02 2025 00:31:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15379764 | | Email/Text: mrdiscen@discover.com | Aug 02 2025 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15397576 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 02 2025 00:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15389569 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2025 00:32:00 | IRS, Department of the Treasury, Fresno, CA 93888-0025 |
| 15389277 | + | Email/Text: RASEBN@raslg.com | Aug 02 2025 00:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15377699 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2025 01:21:44 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15390934 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2025 01:21:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15377700 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Aug 02 2025 00:32:00 | Mercedes Benz Financial, P.o. Box 961, Roanoke, TX 76262-0961 |
| 15377701 | + | Email/Text: bnc@nordstrom.com | Aug 02 2025 00:32:02 | Nordstrom/TD Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 15389160 | + | Email/Text: bankruptcy@ondeck.com | Aug 02 2025 00:32:00 | On Deck, 1400 Broadway, New York, NY 10018-5300 |
| 15396831 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 02 2025 00:31:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15377702 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 02 2025 00:31:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15398323 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2025 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15434140 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2025 00:32:00 | Quantum3 Group LLC as agent for, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15377703 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 02 2025 00:32:00 | Select Portfolio Servicing, 10401 Deerwood Park |

Case 21-21228-JAD   Doc 70   Filed 08/03/25   Entered 08/04/25 00:31:23   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 01, 2025 | Form ID: pdf900 | Total Noticed: 63 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Blvd, Jacksonville, FL 32256-0505 |
| 15378304 | ^ | MEBN | Aug 02 2025 00:12:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2025 01:21:46 | Synchrony Bank/Care Credit, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 15377705 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2025 00:54:17 | Synchrony Bank/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 15377706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2025 01:21:52 | Synchrony Bank/JCP, Po Box 965007, Orlando, FL 32896-5007 |
| 15377707 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2025 01:21:42 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15377708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2025 00:40:18 | Synchrony Bank/Luxury, Po Box 965036, Orlando, FL 32896-5036 |
| 15377709 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2025 00:39:22 | Synchrony Bank/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15377710 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2025 01:10:16 | Synchrony Bank/TJ Maxx, PO Box 965005, Orlando, FL 32896-5005 |
| 15377711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2025 00:41:04 | Synchrony Bank/Value City Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15377712 | | Email/Text: tidewaterlegalebn@twcs.com | Aug 02 2025 00:32:00 | Tidewater Credit Services, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 15389571 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2025 00:39:32 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15377713 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 02 2025 00:32:00 | Toyota Motor Credit Company, Two Walnut Groove Drive, Horsham, PA 19044-2219 |
| 15389162 | + | Email/Text: bankruptcynotices@sba.gov | Aug 02 2025 00:31:00 | U.S. Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0002 |
| 15377698 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 02 2025 00:32:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 |
| 15377714 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 02 2025 00:32:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 15389163 | + | Email/Text: bankruptcynotices@sba.gov | Aug 02 2025 00:32:00 | US Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 15377715 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 02 2025 01:52:21 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 53

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| 15389158 | | Hoang X. Lai |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15389570 | * | PA SCDU, PO Box 69112, Harrisburg, PA 17106-9112 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 21-21228-JAD    Doc 70    Filed 08/03/25    Entered 08/04/25 00:31:23    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: pdf900 | Total Noticed: 63 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Daniel P. Foster | on behalf of Debtor Thanh D. Nguyen dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH3, Asset-Backed Certificates, Series 2005-FFH3 dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Jeannette City School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7