**Fill in this information to identify the case:**

Debtor 1 **THANH D. NGUYEN**

Debtor 2 (Spouse, if filing)

Unites States Bankruptcy Court for the: **Western District of Pennsylvania** (State)

Case Number **21-21228JAD**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** SELECT PORTFOLIO SERVICING INC(*)

**Court claim no.** (if known): NC

**Last 4 digits** of any number you use to identify the debtor's account: 6 2 4 6

**Property Address:** 2801 PHILADELPHIA AVE
Number Street

PITTSBURGH PA 15216
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☒ Other: Clarification: Paid by non-filing co-borrower.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Ronda J. Winnecour
Signature

Date 08/26/2026

Trustee: Ronda J. Winnecour
First Name Middle Name Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number Street

PITTSBURGH PA 15219
City State ZIP Code

Contact phone (412) 471-5566

Email cmecf@chapter13trusteewdpa.com

Debtor 1 **NGUYEN** Case Number **21-21228JAD** 

Name

# History Of Payments

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number : | 0.00 |
| | | | | **Total for :** | **0.00** |

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

THANH D. NGUYEN
1241 MILAN AVENUE
PITTSBURGH, PA 15226

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA 16335

SELECT PORTFOLIO SERVICING INC(*)
ATTN REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT 84165

Dated: 08/26/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee