Certificate Number: 03088-PAW-DE-041396656

Bankruptcy Case Number: 21-21228

03088-PAW-DE-041396656

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2026, at 5:18 o'clock PM CDT, Thanh D Nguyen completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 1, 2026

By: /s/Benjamin C Minnich

Name: Benjamin C Minnich

Title: Counselor