**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

THANH D. NGUYEN

Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
Movant
vs.
No Respondents.

Case No.:21-21228 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/19/2021 and confirmed on 9/2/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 42,593.00 |
| Less Refunds to Debtor | 771.63 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,821.37 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 2,147.81 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,147.81 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| SELECT PORTFOLIO SERVICING INC(*) Acct: 6246 | 0.00 | 0.00 | 0.00 | 0.00 |
| BMW BANK OF NORTH AMERICA Acct: 1756 | 30,424.54 | 30,424.54 | 1,827.67 | 32,252.21 |
| | | | | 32,252.21 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THANH D. NGUYEN Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THANH D. NGUYEN Acct: | 771.63 | 771.63 | 0.00 | 0.00 |
| FOSTER LAW OFFICES** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| HOANG LAI Acct: 7932 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* Acct: 3974 | 2,633.61 | 2,633.61 | 0.00 | 2,633.61 |
| | | | | 2,633.61 |
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. Acct: 9406 | 3,132.14 | 8.02 | 0.00 | 8.02 |
| CAVALRY SPV I LLC - ASSIGNEE** Acct: 6229 | 3,037.24 | 7.78 | 0.00 | 7.78 |
| LVNV FUNDING LLC Acct: 6385 | 3,464.09 | 8.87 | 0.00 | 8.87 |
| CITIZENS BANK NA Acct: 3974 | 57,335.64 | 146.78 | 0.00 | 146.78 |
| DISCOVER BANK(*) | 4,992.83 | 12.78 | 0.00 | 12.78 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1721 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,848.91 | 4.73 | 0.00 | 4.73 |
| | Acct: 1583 | | | | |
| | MARLIN CAPITAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4683 | | | | |
| | QUANTUM3 GROUP LLC - AGENT JHPDE | 38,732.48 | 99.16 | 0.00 | 99.16 |
| | Acct: 0130 | | | | |
| | PNC BANK NA | 41,165.13 | 105.38 | 0.00 | 105.38 |
| | Acct: 3924 | | | | |
| | LVNV FUNDING LLC | 3,674.67 | 9.41 | 0.00 | 9.41 |
| | Acct: 0597 | | | | |
| | US SMALL BUSINESS ADMINISTRATION (* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6383 | | | | |
| | US SMALL BUSINESS ADMINISTRATION (* | 150,000.00 | 384.00 | 0.00 | 384.00 |
| | Acct: 8101 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 97.67 | 0.25 | 0.00 | 0.25 |
| | Acct: 1712 | | | | |
| | PA DEPARTMENT OF REVENUE* | 227.86 | 0.58 | 0.00 | 0.58 |
| | Acct: 3974 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0597 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MBM COLLECTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 787.74 |

TOTAL PAID TO CREDITORS 35,673.56

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,633.61 |
| SECURED | 30,424.54 |
| UNSECURED | 307,708.66 |

Date: 09/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>THANH D. NGUYEN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-21228 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _______________day of __________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21228-JAD
Thanh D. Nguyen Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto 
Date Rcvd: Oct 02, 2026 Form ID: pdf900 Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thanh D. Nguyen, 1241 Milan Avenue, Pittsburgh, PA 15226-1831 |
| cr | + | Jeannette City School District, Maiello Brungo & Maiello, LLP- Tax Div., 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15377684 | + | Allegheny County Family Division, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 15395757 | + | Anitra Walker, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15389568 | + | Hoang X. Lai, 2801 Philadelphia Avenue, Pittsburgh, PA 15216-1928 |
| 15389159 | | Marlin Capital Solutions, PO Box 13604, Philadelphia, PA 19101-3604 |
| 15395758 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15389161 | | PA SCDU, PO Box 69112, Harrisburg, PA 17106-9112 |
| 15403806 | + | United States of America, U.S. Small Business Administration, 411 Seventh Avenue, #1450, Pittsburgh, PA 15219-1905 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2026 02:05:06 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 03 2026 02:05:06 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1495 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 01:54:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2026 01:47:00 | Quantum3 Group LLC, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15377685 | + | Email/PDF: bncnotices@becket-lee.com | Oct 03 2026 01:54:02 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15377687 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 03 2026 01:54:31 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 15392240 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 03 2026 01:54:45 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15377686 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 03 2026 01:46:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15389566 | | Email/Text: bankruptcy@cavps.com | Oct 03 2026 01:47:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 15377693 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 03 2026 01:46:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 15397583 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 03 2026 01:46:00 | Citizens Bank, N.A., c/o Citizens BK,, Charles M. Koutsogiane, AVP, One Citizens Bank Way, MAD, JCA 130, Johnston RI 02919 |
| 15381556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 03 2026 01:54:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15377688 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2026 02:05:05 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15387227 | + | Email/Text: bankruptcy@cavps.com | Oct 03 2026 01:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15377690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:11 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15377691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:06 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 15389567 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:11 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15377692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:01 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15377694 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2026 01:47:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 15377695 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2026 01:47:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 15377696 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2026 01:47:00 | Comenity Bank/JCrew, Po Box 182789, Columbus, OH 43218-2789 |
| 15377697 | | Email/Text: mrdiscen@discover.com | Oct 03 2026 01:46:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15379764 | | Email/Text: mrdiscen@discover.com | Oct 03 2026 01:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15397576 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 03 2026 01:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15389569 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2026 01:47:00 | IRS, Department of the Treasury, Fresno, CA 93888-0025 |
| 15389277 | + | Email/Text: RASEBN@raslg.com | Oct 03 2026 01:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15377699 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2026 01:54:45 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15390934 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2026 01:54:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15377700 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Oct 03 2026 01:47:00 | Mercedes Benz Financial, P.o. Box 961, Roanoke, TX 76262-0961 |
| 15377701 | + | Email/Text: bankruptcy@td.com | Oct 03 2026 01:47:00 | Nordstrom/TD Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 15389160 | + | Email/Text: bankruptcy@ondeck.com | Oct 03 2026 01:47:00 | On Deck, 1400 Broadway, New York, NY 10018-5300 |
| 15396831 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 03 2026 01:46:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15377702 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 03 2026 01:46:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15398323 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2026 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15434140 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2026 01:47:00 | Quantum3 Group LLC as agent for, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15377703 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 03 2026 01:47:00 | Select Portfolio Servicing, 10401 Deerwood Park |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd, Jacksonville, FL 32256-0505 |
| 15378304 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 01:54:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:43 | Synchrony Bank/Care Credit, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 15377705 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:43 | Synchrony Bank/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 15377706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:00 | Synchrony Bank/JCP, Po Box 965007, Orlando, FL 32896-5007 |
| 15377707 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:43 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15377708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:27 | Synchrony Bank/Luxury, Po Box 965036, Orlando, FL 32896-5036 |
| 15377709 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:43 | Synchrony Bank/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15377710 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:44 | Synchrony Bank/TJ Maxx, PO Box 965005, Orlando, FL 32896-5005 |
| 15377711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:44 | Synchrony Bank/Value City Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15377712 | | Email/Text: tidewaterlegalebn@twcs.com | Oct 03 2026 01:47:00 | Tidewater Credit Services, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 15389571 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:01 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15377713 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 03 2026 01:47:00 | Toyota Motor Credit Company, Two Walnut Groove Drive, Horsham, PA 19044-2219 |
| 15389162 | + | Email/Text: bankruptcynotices@sba.gov | Oct 03 2026 01:46:00 | U.S. Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0002 |
| 15377698 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 03 2026 01:47:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 |
| 15377714 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 03 2026 01:47:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 15389163 | + | Email/Text: bankruptcynotices@sba.gov | Oct 03 2026 01:47:00 | US Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 15377715 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Oct 03 2026 01:54:01 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| 15389158 | | Hoang X. Lai |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15389570 | * | PA SCDU, PO Box 69112, Harrisburg, PA 17106-9112 |
| 15377689 | ##+ | Capital One/Saks, 3455 Hwy 80 West, Jackson, MS 39209-7202 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Daniel P. Foster | on behalf of Debtor Thanh D. Nguyen dan@mrdebtbuster.com katie@mrdebtbuster.com;caitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jennifer L. Cerce | on behalf of Creditor Jeannette City School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH3, Asset-Backed Certificates, Series 2005-FFH3 bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7